UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRUCE DOUGLAS,

                        Petitioner,                    20 **CIVIL** 2909 (PGG)

      -against-                              **JUDGMENT**

MORGAN STANLEY

                       Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 22, 2024, the petition to compel arbitration (Dkt. No. 4) is denied. Accordingly, the case is closed.

**Dated**: New York, New York
         November 25, 2024

                                                  **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                            **BY:**   _____
                                                   **Deputy Clerk**